Submitted by:

Jeremy E. Shulman (#257582)
 jshulman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel: (626) 535-1900; Fax: (626) 577-7764

Attorneys for Defendant,
WACHOVIA MORTGAGE, a division
of WELLS FARGO BANK, N.A.,
formerly known as WACHOVIA
MORTGAGE, FSB

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHID BIRJANDI,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE, FSB; HOME LOAN CONSULTANTS, INC.; YVONNE BALLI; and DOES 1 THROUGH 50 INCLUSIVE,<br><br>Defendants. | Case No. CV10-3223 R PJWx<br><br>[The Honorable Manuel L. Real]<br><br>**JUDGMENT DISMISSING WACHOVIA MORTGAGE WITH PREJUDICE PURSUANT TO FRCP 12(b)(6)** |

On October 4, 2010, this Court granted, with prejudice, the Motion to Dismiss the Complaint filed by Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

/ / /

/ / /

In accordance with that order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiff Nahid Birjandi shall take nothing from Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB.

2. This Action is dismissed with prejudice as against Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB.

3. Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, shall be entitled to recover its costs of suit.

Dated: November 16, 2010

_____
The Honorable Manuel L. Real,
United States District Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the following document(s):

**[PROPOSED] JUDGMENT DISMISSING WACHOVIA MORTGAGE WITH PREJUDICE PURSUANT TO FRCP 12(b)(6)**

on all interested parties in said case as follows:

*Served Electronically via Court's CM/ECF System:*

Roland C. Colton, Esq.
28202 Cabot Road, Third Floor
Laguna Niguel, California 92677

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **November 15, 2010**.

| Wendy Mutum | /s/ Wendy Mutum |
|---|---|
| (Print name) | (Signature) |