# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV-10-3223-R                                         Date: **Jan. 3, 2011**

TITLE: NAHID BIRJANDI V. WACHOVIA MORTGAGE, FSB et al
==================================================================
PRESENT:

**HON. MANUEL L. REAL, JUDGE**

**William Horrell**                                        **Bridget Montero**
Deputy Clerk                                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Roland Colton                                              Jeremy Shulman

PROCEEDINGS: Defendant's motion for award of attorney fees (fld 11-30-10)


The Court hears arguments of counsel.

The Court DENIES defendant's motion, for reasons as stated on the record.

Plaintiff shall submit a proposed order.


                                                                              2 min

MINUTES FORM 90                                    Initials of Deputy Clerk   WH
CIVIL -- GEN